AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2025 NOV 24  AM 10: 59

CLERK-LAS CRUCES

| | |
|---|---|
| United States of America<br>v.<br>Victor Bryan CERVANTES-Barron<br><br>_Defendant(s)_ | Case No. 25MJ4920 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 20, 2025__ in the county of __Doña Ana__ in the state and District of __New Mexico__, the defendant(s) violated:

*Code Section* / *Offense Description*

COUNT 1: 8 USC 1325(a)(1) — entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers

~~COUNT 2: 50 USC 797~~ — ~~Count 2: 50 USC 797 Prohibits the Willful Violation of any Defense Property Security Regulation (Class A Misdemeanor)~~

NO PC

&

~~COUNT 3: 18 USC 1382~~ — ~~Count 1: 18 USC 1382 Entry of Military Property for Any Purpose Prohibited by Law~~

&

This criminal complaint is based on these facts:
On November 20, 2025, when illegally entering the United States from Mexico in Dona Ana County, New Mexico, Defendant willfully violated the security regulation prohibiting unauthorized entry of property subject to the administration or in the custody of Fort Huachuca by his unauthorized entry into the NM NDA. As of November 20, 2025, more than 1,551 red and white warning signs have been installed along the edge of the NM NDA, facing south towards Mexico. These approximately 12 by 18-inch signs identify the area as Department of Defense

☑ Continued on the attached sheet.

_Complainant's signature_

Eduardo Monarrez-Lopez, Border Patrol Agent
_Printed name and title_

Electronically submitted and telephonically sworn to before me:

Date: __11/22/2025__

_Judge's signature_

Gregory B. Wormuth
Chief U.S. Magistrate Judge
_Printed name and title_

City and state: __Las Cruces, New Mexico__

District Of New Mexico

U.S. v.  Victor Bryan CERVANTES-Barron

Criminal Complaints (Continued)

property, warn that the area is restricted and prohibit unauthorized entry. Each sign contains these warnings in both English and Spanish and are spaced at intervals of approximately 100 to 200 meters. In this case, Defendant crossed through the NM NDA and was apprehended at 31.793 / -106.561 which was north of a posted sign.

Count 1: On November 20, 2025, DEFENDANT, Victor Bryan CERVANTES-Barron entered a military reservation, post, fort, yard, station or installation, the NM National Defense Areas for a purpose prohibited by law, specifically illegal entry into the United States.
&

Count 2: On November 20, 2025, Victor Bryan CERVANTES-Barron was apprehended by U.S. Border Patrol, Victor Bryan CERVANTES-Barron did not have authorized access from the US ARMY to enter the NM National Defense Areas. Signs have been posted along the NM National Defense Areas stating in both English and Spanish that this is a restricted area, and that unauthorized entry is prohibited. Based on the location of DEFENDANT's apprehension by U.S. Border Patrol, the DEFENDANT illegally crossed the international border with Mexico into the United States through the NM National Defense Areas. Further DEFENDANT was apprehended in an area with posted signs prohibiting unauthorized entry.
&

Signature of Judicial Officer

Signature of Complainant
Monarrez-Lopez, Eduardo
Filing Agent